IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| REGINALD DONELL RICE, 1436278, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV-2059-N |
| ) | |
| CARRIE WRIGHT and LAUREN OSTEEN, ) | |
|     Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed December 14, 2009.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE